**Opinion issued April 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00124-CR

————————————

**KEVIN ANTONIO VILLATORO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case No. 1709130**

---

## MEMORANDUM OPINION

We abated this appeal for the trial court to conduct a hearing on a missing exhibit. Appellant, Kevin Antonio Villatoro, now moves to reinstate and dismiss this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

Do not publish.   TEX. R. APP. P. 47.2(b).